**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff, | Case Number: 09-11335 |
| | Honorable: Patrick J. Duggan |
| | Magistrate: Virginia M. Morgan |
| | Claim Number: 1999A19155 |
| Sterling C. Bailey,<br>　　　　　Defendant, | |

| | |
|---|---|
| Pamela S. Ritter<br>Attorney for Plaintiff<br>Holzman Ritter & Corkery PLLC.<br>28366 Franklin Road<br>Southfield, MI  48034<br>(248) 352-4340<br>usa@holzmanlaw.com<br>P47886 | Sterling C. Bailey<br>In Pro Per Defendant<br>8794 Woodlawn<br>Detroit, Michigan 48213 |

**ORDER FOR ENTRY OF CONSENT JUDGMENT
WITH PARTIAL PAYMENT PROVISIONS**

　　　Upon the stipulation of Pamela S. Ritter, attorney for the United States of America, plaintiff herein,

　　　IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Sterling C. Bailey, in the principal amount of $843.23, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, and costs of $350.00, for a total balance of **$**2,351.47 owing as of May 28, 2009**.**

　　　IT IS FURTHER ORDERED that the Defendant, Sterling C. Bailey, may satisfy said Judgment by making monthly payments of $65.00 beginning July 15, 2009. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full.  As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 8, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager